MWG:JPK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID MORADI,
ABRAHAM SHILIAN and
PEDRAM FEJAL,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE
DISTRICT OF
MASSACHUSETTS

(Fed. R. Crim. P. 5)

Case No. 26-MJ-87

EASTERN DISTRICT OF NEW YORK, SS:

Conor O'Shea, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about April 28, 2026, the United States District Court for the District of Massachusetts issued warrants for the arrests of the defendants DAVID MORADI, ABRAHAM SHILIAN, and PEDRAM FEJAL, for violating 18 U.S.C. § 1349 (Conspiracy to Commit Securities Fraud); 18 U.S.C. § 371 (Conspiracy to Commit Securities Fraud); 18 U.S.C. §§ 1348 and 2 (Aiding and Abetting Securities Fraud); 15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2 (Aiding and Abetting Securities Fraud); 18 U.S.C. § 1956(h) (Money Laundering Conspiracy); and 18 U.S.C. 1001(a)(2) (False Statements as to the defendant DAVID MORADI only).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    On or about April 28, 2026, a grand jury in the District of Massachusetts returned an indictment charging the defendants DAVID MORADI, ABRAHAM SHILIAN, and PEDRAM FEJAL with violations of 18 U.S.C. § 1349 (Conspiracy to Commit Securities Fraud); 18 U.S.C. § 371 (Conspiracy to Commit Securities Fraud); 18 U.S.C. §§ 1348 and 2 (Aiding and Abetting Securities Fraud); 15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2 (Aiding and Abetting Securities Fraud); and 18 U.S.C. § 1956(h)  (Money Laundering Conspiracy). The indictment also charged DAVID MORADI with violating 18 U.S.C. § 1001(a)(2) (False Statements).   A true and correct copy of the Indictment is attached as Exhibit 1.

2.    In connection with the Indictment, on or about April 28, 2026, the United States District Court for the District of Massachusetts issued warrants (the "Arrest Warrants") for the arrests of defendants DAVID MORADI, ABRAHAM SHILIAN, and PEDRAM FEJAL. True and correct copies of the Arrest Warrants are attached as Exhibit 2.

3.    On or about May 6, 2026, law enforcement agents arrested defendants DAVID MORADI, ABRAHAM SHILIAN, and PEDRAM FEJAL in Brooklyn, New York pursuant to the Arrest Warrants.

4.    At the time of his arrest, law enforcement agents compared the appearance of the defendant DAVID MORADI to a photograph from a law enforcement database and confirmed the photograph depicted the defendant DAVID MORADI.  Law enforcement also

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

contacted a phone number for DAVID MORADI from a law enforcement database, and upon calling the phone number, the defendant DAVID MORADI answered the phone. Law enforcement also executed the arrest at an address known to be affiliated with DAVID MORADI, based on information in a law enforcement database. The defendant confirmed his name was David to law enforcement agents and provided his full name, DAVID MORADI, to the U.S. Marshals Service, which matches the name of the DAVID MORADI wanted in the District of Massachusetts.

5.      At the time of his arrest, law enforcement agents compared the appearance of the defendant ABRAHAM SHILIAN to a DMV and passport photo, and confirmed the photographs depicted the defendant ABRAHAM SHILIAN. Law enforcement also contacted a phone number for ABRAHAM SHILIAN from a law enforcement database, and upon calling the phone number, the defendant ABRAHAM SHILIAN answered the phone. Law enforcement also executed the arrest at an address known to be affiliated with ABRAHAM SHILIAN, based on information in a law enforcement database. The defendant provided his date of birth, social security number, and phone number to law enforcement agents, all of which matched the information on file with law enforcement for the ABRAHAM SHILIAN wanted in the District of Massachusetts.

6.      At the time of his arrest, law enforcement agents compared the appearance of the defendant PEDRAM FEJAL to a DMV photo, and confirmed the photograph depicted the defendant PEDRAM FEJAL. Law enforcement also contacted a phone number for PEDRAM FEJAL from a law enforcement database, and upon calling the phone number, the defendant PEDRAM FEJAL answered the phone and confirmed his name was Pedram. Law enforcement

4

also executed the arrest at an address known to be affiliated with the PEDRAM FEJAL wanted in the District of Massachusetts.

7.    Based on the foregoing, I submit there is probable cause to believe that the defendants are DAVID MORADI, ABRAHAM SHILIAN, and PEDRAM FEJAL, who are wanted in the District of Massachusetts.

WHEREFORE, your deponent respectfully requests that the defendants DAVID MORADI, ABRAHAM SHILIAN, and PEDRAM FEJAL be removed to the District of Massachusetts so that they may be dealt with according to law.

Conor O'Shea
Special Agent, Federal Bureau of Investigation

Sworn to before me this
6th day of May, 2026

THE HONORABLE SETH D. EICHENHOLTZ
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK